JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN NORTH, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-5470FDB <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date set in this case is continued from August 15, 2005 to October 31, 2005, at 9:00 am.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1
*United States v. North;* CR05-5470FDB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  The resulting period of delay from August 15, 2005, to October 31, 2005, is hereby

2  excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

3  DONE this 2nd day of August, 2005.

5  /s/ Franklin D Burgess
   JUDGE FRANKLIN D. BURGESS
6  UNITED STATES DISTRICT JUDGE

7  Presented By:

10  /s/ *Colin A. Fieman*                    /s/ *Claire Bradley*
    Colin A. Fieman                          Claire Bradley
11  Attorney for Defendant                   Special Assistant United States Attorney