Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR05-5470FDB |
| Plaintiff, ) | |
| v. ) | ORDER ON MOTION |
| JOHN GEORGE NORTH, ) | TO CONTINUE SENTENCING DATE |
| Defendant. ) | |

THE COURT, having considered the government's motion, the records and files herein, hereby enters the following:

IT IS ORDERED that sentencing in this case is continued until Friday, May 12, 2006 at 9:30 a.m.

If the Government intends to file a §5K1.1 motion for substantial assistance, the motion must be served on all counsel and filed under seal no later than April 28, 2006. Any response to the government's motion by the defendant must be filed no later than May 8, 2006, and may be included in the defendant's sentencing memorandum.

Counsel for the United States and for the defendant shall file and serve copies of any sentencing memorandum or related documents upon all other parties and upon the United States Probation Officer by May 8, 2006.

Not later than May 5, 2006, the Probation Officer shall submit the presentence report, as revised, together with any addendum, setting forth any unresolved objections, the grounds for those objections, and the Probation Officer's comments on the objections

Order on Motion to Continue Sentencing/North — 1
CR04-5470FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  and the sentencing recommendations to the Court, the defendant, the defendant's counsel
2  and the attorney for the Government.
3       All other previous orders and deadlines related to the sentencing procedure shall
4  remain in effect.
5       Dated this 6th day of January, 2006.

                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/ MIKE LANG
Mike Lang
Assistant United States Attorney

Order on Motion to Continue Sentencing/North — 2
CR04-5470FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970